# Notice Recipients

District/Off: 0971−3      User: rwong      Date Created: 2/7/2014
Case: 13−03095      Form ID: pdfeoapc      Total: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cc      Melissa Lesmes
cc      Jeffrey Gans

                                                                                                                                                                                                                                 **TOTAL: 2**

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft      Michael McNamara      3636 Van Ness Street      Washington, DC 20008
dft      Melissa Lesmes      2300 N Street, NW      Washington, DC 20037−1122
dft      Jeffrey Gans      1712 Cresview Drive      Potomac, MD 20854

                                                                                                                                                                                                                                 **TOTAL: 3**